B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Alabama | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dunhill Terminals, L.P. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>56-2544721 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>450 C Government Street<br>Mobile, AL                                ZIP Code 36602 | Street Address of Joint Debtor (No. and Street, City, and State):                                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Mobile | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 1565<br>Mobile, AL                                ZIP Code 36633 | Mailing Address of Joint Debtor (if different from street address):                                ZIP Code |
| Location of Principal Assets of Business Debtor     500 Viaduct Road<br>(if different from street address above):     Mobile, AL 36611 | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Dunhill Terminals, L.P. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Dunhill Terminals, L.P. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signed]* Bill for LBV

Signature of Attorney for Debtor(s)

Lawrence B. Voit
Printed Name of Attorney for Debtor(s)

Silver Voit & Thompson
Firm Name

4317-A Midmost Drive
Mobile, AL 36609-5589
Address

Email: lvoit@silvervoit.com
251-343-0800  Fax: 251-343-0862
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual

Patricia A. Waters
Printed Name of Authorized Individual

Chief Financial Officer  *by the General Partner*
Title of Authorized Individual

_____
Date

In re   Dunhill Terminals, L.P.                                              Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Dunhill Entities GP, LLC<br>Southern District of Alabama | unknown<br>General Partner | 03/26/10<br>unknown |
| Dunhill Entities, L.P.<br>Southern District of Alabama | unknown<br>Affiliate | 03/26/10<br>unknown |
| Dunhill Terminals GP, LLC<br>Southern District of Alabama | unknown<br>Affiliate | 03/26/10<br>unknown |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Alabama

In re  Dunhill Terminals, L.P.  
Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A & H Boiler Sales and Service<br>P.O. Box 1447<br>Fax No. (251) 937-0599<br>Bay Minette, AL 36507 | A & H Boiler Sales and Service<br>P.O. Box 1447<br>Bay Minette, AL 36507 | | | 8,998.56 |
| Al Hill's Boiler Sales<br>P.O. Box 662<br>Fax No. (251) 653-0362<br>Theodore, AL 36590 | Al Hill's Boiler Sales<br>P.O. Box 662<br>Theodore, AL 36590 | | | 11,066.33 |
| Alabama Power<br>P.O. Box 242<br>Fax No. (251) 694-2391<br>Birmingham, AL 35292 | Alabama Power<br>P.O. Box 242<br>Birmingham, AL 35292 | | | 26,706.63 |
| Arc Terminals LP<br>3000 Research Forest Drive<br>Suite 250<br>The Woodlands, TX 77381 | Arc Terminals LP<br>3000 Research Forest Drive<br>Suite 250<br>The Woodlands, TX 77381 | Notes & Security Agreements All Asset Liens | | 57,542,497.71<br>(34,039,772.00 secured) |
| AT&T<br>P.O. Box 242<br>Fax No. (713) 567-1233<br>Atlanta, GA 30348 | AT&T<br>P.O. Box 242<br>Atlanta, GA 30348 | | | 2,109.68 |
| Briggs Equipment<br>221 Research Drive<br>Fax No. (251) 456-5700<br>New Orleans, LA 70123 | Briggs Equipment<br>221 Research Drive<br>New Orleans, LA 70123 | | | 12,262.40 |
| Freeman Security Company<br>8141 Woodstore Drive<br>Frederickfreeman54@yahoo.com<br>Semmes, AL 36575 | Freeman Security Company<br>8141 Woodstore Drive<br>Semmes, AL 36575 | | | 15,950.00 |
| G&K Services<br>P.O. Box 2434<br>akweb@gkservices.com<br>Mobile, AL 36652 | G&K Services<br>P.O. Box 2434<br>Mobile, AL 36652 | | | 3,272.97 |

B4 (Official Form 4) (12/07) - Cont.
In re  Dunhill Terminals, L.P.          Case No. _____
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Golden Railroad Const. Inc.<br>11260 US Hwy 43<br>Fax No. (850) 215-3111<br>Linden, AL 36748 | Golden Railroad Const. Inc.<br>11260 US Hwy 43<br>Linden, AL 36748 | | | 4,065.05 |
| Gulf Supply Co. Inc.<br>1502 Telegraph Rd.<br>Fax No. (251) 457-4606<br>Mobile, AL 36611 | Gulf Supply Co. Inc.<br>1502 Telegraph Rd.<br>Mobile, AL 36611 | | | 3,833.15 |
| IREC<br>P.O. Box 9<br>Fax No. (203) 984-3487<br>Perdue Hill, AL 36470 | IREC<br>P.O. Box 9<br>Perdue Hill, AL 36470 | | | 66,666.67 |
| Marilyn E. Wood<br>P.O. Box 1169<br>Fax No. (251) 574-5529<br>Mobile, AL 36633 | Marilyn E. Wood<br>P.O. Box 1169<br>Mobile, AL 36633 | | | 84,544.00 |
| Mobile Gas<br>P.O. Box 2248<br>Fax No. (251) 450-5704<br>Mobile, AL 36652 | Mobile Gas<br>P.O. Box 2248<br>Mobile, AL 36652 | | | 241,172.34 |
| Mod Space<br>P.O. Box 641595<br>Fax No. (610) 771-4125<br>Pittsburgh, PA 15264 | Mod Space<br>P.O. Box 641595<br>Pittsburgh, PA 15264 | | | 4,882.45 |
| Nature's Way<br>4000 Yucca Drive<br>Fax No. (251) 443-5867<br>Theodore, AL 36582 | Nature's Way<br>4000 Yucca Drive<br>Theodore, AL 36582 | | Disputed | 40,927.31 |
| Rain For Rent<br>3135 Dial Street<br>Fax No. (661) 393-6897<br>Mobile, AL 36612 | Rain For Rent<br>3135 Dial Street<br>Mobile, AL 36612 | | | 6,168.84 |
| Safe Rack<br>712 Bultman Drive<br>Fax No. (803) 774-7233<br>Sumter, SC 29150 | Safe Rack<br>712 Bultman Drive<br>Sumter, SC 29150 | | Disputed | 40,611.00 |
| Smith Industrial Service<br>2001 W. I-65 Service Rd No<br>Fax No. (251) 473-6315<br>Mobile, AL 36618 | Smith Industrial Service<br>2001 W. I-65 Service Rd No<br>Mobile, AL 36618 | | | 21,982.07 |

B4 (Official Form 4) (12/07) - Cont.
In re  Dunhill Terminals, L.P.                                      Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tax Trust Account c/o RDS Business License Department Fax No. (334) 208-7511 Birmingham, AL 35283 | Tax Trust Account c/o RDS Business License Department Birmingham, AL 35283 | | | 21,763.63 |
| Terminal Railway P.O. Box 1588 JSims@asdd.com Mobile, AL 36633 | Terminal Railway P.O. Box 1588 Mobile, AL 36633 | | | 17,957.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  3/26/10          Signature  _____
                                  Patricia A. Waters
                                  Chief Financial Officer of the General Partner

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

United States Bankruptcy Court
Southern District of Alabama

In re: Dunhill Terminals, L.P.
Debtor(s)

Case No. _____
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 3/26/10

Patricia A. Waters/Chief Financial Officer
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

A & H Boiler Sales and Service
P.O. Box 1447
Fax No. (251) 937-0599
Bay Minette, AL 36507

Ace Fabricators
P.O. Box 50099
Mobile, AL 36605

Al Hill's Boiler Sales
P.O. Box 662
Fax No. (251) 653-0362
Theodore, AL 36590

Alabama Power
P.O. Box 242
Fax No. (251) 694-2391
Birmingham, AL 35292

Arc Terminals LP
3000 Research Forest Drive
Suite 250
The Woodlands, TX 77381

AT&T
P.O. Box 242
Fax No. (713) 567-1233
Atlanta, GA 30348

Blues Rents Party
1601 East I-65 Service Rd S
Fax No. (251) 479-8506
Mobile, AL 36606

Bowen Miclette and Britt Ins.
1111 North Loop West
Houston, TX 77008

Briggs Equipment
221 Research Drive
Fax No. (251) 456-5700
New Orleans, LA 70123

Core Industries, Inc.
c/o McDowell Knight Roedder & Sledge LLC
11 North Water Street
13th Floor
Mobile, AL 36602

Delta Hardwoods Corporation


Driven Engineering
8005 Morris Hill Rd
Semmes, AL 36575

Drugnostics Biomedical Inc.
P.O. Box 11454
Mobile, AL 36611

Dunhill Entities GP, LLC
P.O. Box 1565
Mobile, AL 36633

Dunhill Entities LP
P.O. Box 1565
Fax No. (713) 426-2108
Mobile, AL 36633

Dunhill Entities LP
P.O. Box 1565
Mobile, AL 36633

Dunhill Products GP
P.O. Box 1565
Fax No. (713) 426-2108
Mobile, AL 36633

Dunhill Products LP
P.O. Box 1565
Fax No. (713) 426-2108
Mobile, AL 36633

Dunhill Terminals GP
P.O. Box 1565
Fax No. (713) 426-2108
Mobile, AL 36633

Ferguson Enterprises
4172 Halls Mill Road
Mobile, AL 36693

First Insurance Funding Corporation
450 Skokie Blvd.
Suite 1000
P.O. Box 3306
Northbrook, IL 60065

Franklin, Cardwell & Jones, P.C.
c/o Franklin, Cardwell & Jones, P.C.
1001 McKinney St., 18th Floor
Fax No. (713) 227-5657
Houston, TX 77002

Freeman Security Company
8141 Woodstore Drive
Frederickfreeman54@yahoo.com
Semmes, AL 36575

G&K Services
P.O. Box 2434
akweb@gkservices.com
Mobile, AL 36652

Golden Railroad Const. Inc.
11260 US Hwy 43
Fax No. (850) 215-3111
Linden, AL 36748

Gulf Supply Co. Inc.
1502 Telegraph Rd.
Fax No. (251) 457-4606
Mobile, AL 36611

H&H Electric Co., Inc.
c/o Briskman & Binion
205 Church Street
Mobile, AL 36602-2601

Henry Wuertz
212 Rochester Road
Mobile, AL 36608

Hiller Systems, INC
P.O. Box 1508
Mobile, AL 36691

Hiller Systems, Inc.
c/o C. Frederick Robinson
P.O. Box 91508
Mobile, AL 36691

Industrial Medical Clinic
305 North Water Street
Mobile, AL 36602

IREC
P.O. Box 9
Fax No. (203) 984-3487
Perdue Hill, AL 36470

James H. Adams & Son Construct
P.O. Box 11306
Mobile, AL 36671

James H. Adams & Son Construction
c/o Briskman & Binion
205 Church Street
Mobile, AL 36602-2601

Kentwood Springs
P.O. Box 660579
Dallas, TX 75266-0579

L & W Insulation
P.O. Drawer 1921
Flomaton, AL 36441

L&W Insulation, Inc.
P.O. Box 829
Brewton, AL 36427

Marilyn E. Wood
P.O. Box 1169
Fax No. (251) 574-5529
Mobile, AL 36633

MH3 Printing
303 Glenwood St.
Mobile, AL 36606

Mobile Gas
P.O. Box 2248
Fax No. (251) 450-5704
Mobile, AL 36652

Mobile Infirmary Associates
P.O. Box 2144
Mobile, AL 36652

Mod Space
P.O. Box 641595
Fax No. (610) 771-4125
Pittsburgh, PA 15264

Nature's Way
4000 Yucca Drive
Fax No. (251) 443-5867
Theodore, AL 36582

Nature's Way Marine, LLC
c/o Lyon, Pipes & Cook, P.C.
2 North Royal Street
Mobile, AL 36602

PPE Rentals, Inc.
P.O. Box 11454
Mobile, AL 36611

Rain For Rent
3135 Dial Street
Fax No. (661) 393-6897
Mobile, AL 36612

Regions Bank and Columbus Bank & Trust
c/o Cooper & Gale, P.C.
1901 Sixth Ave. North
2400 Regions Harbert Tower
Birmingham, AL 35203

Rowe Surveying & Engineering
3775 Cottage Hill Road
Mobile, AL 36609

Rubber Specialties
5011 Commerce Park Circle
Pensacola, FL 32505

Safe Rack
712 Bultman Drive
Fax No. (803) 774-7233
Sumter, SC 29150

Scott Cleveland
333 Myrtlewood
Mobile, AL 36608

Smart Choice Office Supply, LL
700 Montilmar Park
Mobile, AL 36693

Smith Industrial Service
2001 W. I-65 Service Rd No
Fax No. (251) 473-6315
Mobile, AL 36618

Smith Tank & Steel, Inc.
19316 Gum Swamp Road
Livingston, LA 70884

State of Alabama
50 North Ripley Street
Montgomery, AL 36132

Steven Frietsch
2701 Westheimer
Apt. 111A
Houston, TX 77007

Stryker Emmerton
922 Huntington Cove
Houston, TX 77063

Tax Trust Account
c/o RDS
Business License Department
Fax No. (334) 208-7511
Birmingham, AL 35283

Team One Communications, Inc.
3360 Key St.
Mobile, AL 36609

Terminal Railway
P.O. Box 1588
JSims@asdd.com
Mobile, AL 36633

The Water & Sewer Board
P.O. Box 10455
Mobile, AL 36610

Thompson Engineering
2970 Cottage Hill Road
Mobile, AL 36606

Waste Management
P.O. Box 105453
Atlanta, GA 30348

Willis of Alabama Inc. (Mobile)
P.O. Box 730371
Dallas, TX 75373

World Telemetry
6914 S. Yorktown
Tulsa, OK 74136