UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>DUNHILL ENTITIES, L.P.;<br>DUNHILL ENTITIES GP, LLC;<br>DUNHILL TERMINALS, L.P.; AND<br>DUNHILL TERMINALS GP, LLC;<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 10-01342;<br>Bankruptcy No. 10-01346;<br>Bankruptcy No. 10-01345; and<br>Bankruptcy No. 10-01350.<br><br>JOINT ADMINISTERATION REQUESTED<br><br>EXPEDITED HEARING REQUESTED |

## EMERGENCY APPLICATION TO EMPLOY COUNSEL FOR THE DEBTOR

Debtors apply for an order authorizing them to employ Silver, Voit & Thompson, Attorneys at Law, P.C. under a general retainer to represent them as debtors-in-possession, and for grounds say as follows:

1. Debtors filed a petition under Chapter 11 of the Bankruptcy Code on March 26, 2010.

2. Debtors have continued in possession of their property and, as debtors-in-possession, are managing their property and intend to continue to do so.

3. Debtors wish to employ Silver, Voit & Thompson, Attorneys at Law, P.C., comprised of Irving Silver, Lawrence B. Voit, Barry L. Thompson, W. Alexander Gray, Jr., and Alexandra K. Garrett, all of whom are duly admitted to the Alabama State Bar and to the Bar of the U.S. District Court for the Southern District of Alabama. They have experience in bankruptcy matters in this Court and are qualified to represent the Debtor in this case.

4. Silver, Voit & Thompson represents no interest adverse to the Debtor or its estate in the matters on which they are to be engaged, and employment of Silver, Voit & Thompson would be in the best interests of the estates.

1218791v.1

Dated on this the 26th day of March, 2010.

                DUNHILL TERMINALS, L.P.

                By: _[signature]_

                Its _CFO of the General Partner_

                DUNHILL TERMINALS G.P., LLC

                By: _[signature]_

                Its _CFO_

                DUNHILL ENTITIES, L.P.

                By: _[signature]_

                Its _CFO of the General Partner_

                DUNHILL ENTITIES G.P., LLC

                By: _[signature]_

                Its _CFO_

Dated: March 26, 2010

/s/ Lawrence B. Voit
Lawrence B. Voit    VOI001

/s/ Alexandra K. Garrett
Alexandra K. Garrett    KAT007

SILVER, VOIT & THOMPSON,
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
Email: lvoit@silvervoit.com
LS-7873-13563/lmm

Attorneys for Debtors Dunhill Entities, L.P.;
Dunhill Entities GP, LLC; Dunhill
Terminals, L.P.; and Dunhill Terminals GP,
LLC

# CERTIFICATE OF SERVICE

I, Alexandra K. Garrett, do hereby certify that I have served a copy of the foregoing pleading upon the below people via fax and/or e-mail, on this the 27th day of March, 2010:

A&M Portables, Inc.
Fax No. (251) 679-1930

A & H Boiler Sales and Service
Fax No. (251) 937-0599

Ace Fabricators
Fax No. (251) 580-3692

Ace Paint Maintenance, Inc.
Fax No. (251) 580-3692

AL Dept of Industrial Relation
Fax No. (251) 461-4178

Al Hill's Boiler Sales
Fax No. (251) 653-0362

Alabama Power
Fax No. (251) 694-2391

American International Company
Fax No. (212) 785-9495

Aquaterra
Fax No. (225) 344-6346

Arc Terminals LP
Fax No. (212) 888-2854

AT&T
Fax No. (713) 567-1233

Briggs Equipment
Fax No. (251) 456-5700

City of Mobile Revenue Dept.
Fax No. (334) 208-7511

Driven Engineering
Fax No. (251) 645-0971

Evans Leroy and Hackett, PLLC
info@elhlaw.com

Evergreen Tank Solutions
Luther.Newberry@evergreentank.com

Express Scripts
Fax No. (888) 802-4278

Franklin, Cardwell & Jones, P.C.
Fax No. (713) 222-0938

Freeman Security Company
Frederickfreeman54@yahoo.com

G&K Services
akweb@gkservices.com

Golden Railroad Const. Inc.
Fax No. (850) 215-3111

Graherne, Inc.
Fax No. (713) 753-7177

Gulf Atlantic Capital
Fax No. (813) 288-8263

Gulf Supply Co. Inc.
Fax No. (251) 457-4606

H&H Electric Co., Inc.
Fax No. (251) 675-5497

Heggeman Realty Company
Fax No. (251) 479-8630

IREC
Fax No. (203) 984-3487

IRS
Charles.Baer@usdoj.gov

Jackson Key and Associates, LL
Fax No. (251) 432-9319

Kentwood Springs
Fax No. (770) 965-4580

Lincoln National Life Ins
Fax No. (402) 361-1330

Marilyn E. Wood
Fax No. (251) 574-4714
Fax No. (251) 574-5529

MBM Advisors, Inc.
Fax No. (713) 228-3448

McGinnis & Associates, Inc.
Fax No. (251) 341-5047

Mobile Area Water and Sewer
Fax No. (694-3448

Mobile Gas
Fax No. (251) 450-5704

Mod Space
Fax No. (610) 771-4125

Nature's Way
Fax No. (713) 443-5867
Fax No. (251) 443-5867

Nature's Way Marine, LLC
Fax No. (257) 443-5867

PAETEC
Fax No. (585) 340-2801

Pitney Bowes Inc.
Fax No. (800) 882-2499

Rain for Rent
Fax No. (661) 393-6897

Safe Rack
Fax No. (803) 774-7233

Seyfarth Shaw LLP
Fax No. (713) 821-0674

Smart Choice Office Supply
Fax No. (251) 665-7374

Smith Industrial Service
Fax No. (251) 473-6315

State of Alabama Dept. of Revenue
Fax No. (334) 242-8915

Sunbelt Rentals
Fax No. (251) 408-0804

Tax Trust Account
Fax No. (334) 208-7511

Terminal Railway
JSims@asdd.com

Travis Bedsole, Bankruptcy Administrator
Fax No. (251) 441-6263

Wade Office Products
Fax No. (251) 666-3339

Weeks Marine
Fax No. (908) 272-4740

YMCA of South Alabama
Fax No. (251) 438-1174

/s/ Alexandra K. Garrett
Alexandra K. Garrett